IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEHINDE BALOGUN,

      Plaintiff,

                                                     Case No. 18-CV-301

  v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,
KEVIN CHEREK and BOBBY BURROW,

      Defendants.

---

### PLAINTIFF'S MOTION TO CLARIFY TWO MATTERS

---

      COMES NOW THE Plaintiff, Kehinde Balogun, by his attorneys Davey & Goldman by Bruce M. Davey and Lisa C. Goldman and asks the Court to address the following two matters:

      1.    Transcripts of Balogun's ERD hearing before ALJ Brown.

      The pretrial order provides all deposition transcripts must be in compressed format and that the entire deposition must be filed.  The transcript of the Balogun's ERD hearing is not in compressed format and consists of two volumes totaling 410 pages. Plaintiff's deposition designations identify only a few pages of the transcript and those pages were submitted in opposition to the motion for summary judgment.  Plaintiff requests that he be permitted to submit only those pages.

      2.    Plaintiff requests that the time for submitting the case law the Court directed Plaintiff to submit as part of his pretrial disclosure be extended to July 10, 2019 in view of the fact that Plaintiff did not receive the decision until June 28, 2019 and Plaintiff's counsel's time

since the denial of the motion for a stay has been consumed by the preparation of the pretrial submissions.

DATED: July 3, 2019

        /s/ Bruce M. Davey
Bruce M. Davey
SBN: 1012256
5609 Medical Circle, Suite 101
Madison, Wisconsin 53719
Telephone: (608) 630-9700
Facsimile: (608) 205-5645

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, July 3, 2019, I electronically filed the document above with the Clerk of the Court using the ECF system which will send notification of this filing to the defendants' counsel of record who is a registered user on this case.

DATED: July 3, 2019

DAVEY & GOLDMAN

        /s/ Lisa C. Goldman
Lisa C. Goldman, SBN 1029893
Davey & Goldman
5609 Medical Circle, Suite 101
Madison, WI 53719
(608) 630-9700 (telephone)
(608) 205-5645 (facsimile)
lgoldman@daveygoldman.com

Attorneys for Plaintiff