IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEHINDE BALOGUN,

    Plaintiff,

    v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,
KEVIN CHEREK and BOBBY BURROW,

    Defendants.

Case No. 18-CV-301

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
PROPOSED VOIR DIRE QUESTIONS (DKT. 71)**

Defendants, by and through their undersigned counsel, submit this objection to the Plaintiff's proposed jury instructions as follows:

Defendants object to plaintiff's proposed voir dire question number 16. Question number 16 asks potential jurors to make a judgment about Defendants Cherek and Burrow and whether they could commit the acts alleged by the Plaintiff simply because of their employer. Plaintiff's proposed question number #16 is too specific but also irrelevant and duplicative of questions previously proposed by the Plaintiff.

Dated this 22nd day of July, 2019.

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    <u>s/ Rachel L. Bachhuber</u>
    RACHEL L. BACHHUBER
    Assistant Attorney General
    State Bar #1052533

    JEFFERY A. SIMCOX
    Assistant Attorney General
    State Bar #1116949

    Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (Bachhuber)
(608) 267-2230 (Simcox)
(608) 267-8906 (Fax)
bachhuberrl@doj.state.wi.us
simcoxja@doj.state.wi.us