IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEHINDE BALOGUN,

    Plaintiff,

  v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,
KEVIN CHEREK and BOBBY BURROW,

    Defendants.

Case No. 18-CV-301

---

### PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS (DKT. 66)

---

COMES NOW the Plaintiff by his attorneys Davey & Goldman by Bruce M. Davey and Lisa C. Goldman submits the following response and objections to Defendants' Exhibit list at docket 66.

DATED: July 30, 2019

          /s/ Bruce M. Davey
Bruce M. Davey
SBN: 1012256
5609 Medical Circle, Suite 101
Madison, Wisconsin 53719
Telephone:   (608) 630-9700
Facsimile:    (608) 205-5645

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, July 30, 2019, I electronically filed the document above with the Clerk of the Court using the ECF system which will send notification of this filing to the defendants' counsel of record who is a registered user on this case.

    DATED: July 30, 2019

                                    DAVEY & GOLDMAN

                                    /s/ Lisa C. Goldman
                              Lisa C. Goldman, SBN 1029893
                              Davey & Goldman
                              5609 Medical Circle, Suite 101
                              Madison, WI 53719
                              (608) 630-9700 (telephone)
                              (608) 205-5645 (facsimile)
                              lgoldman@daveygoldman.com

                              Attorneys for Plaintiff