**TRIAL EXHIBIT FORM**

| EXHIBIT (S) OF<br><br>DEFENDANTS BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM, KEVIN CHEREK, and BOBBY BURROW<br><br>(Indicate plaintiff or defendant) | | | Kehinde Balogun<br><br>v.      Case No. 18-CV-301<br><br>Board of Regents of the University of Wisconsin System, Kevin Cherek, and Bobby Burrow, | |
|---|---|---|---|---|
| **Doc. Date** | **Identification** | | **Description** | **Offers, Objections, Rulings, Exceptions** |
| | **No.** | **Witness** | | |
| 9.9.1999 | 501 | Bradley | 9.9.1999 Appointment Letter to Bradley for IS(N) LAN Coordinator-Senior Position | **No objection** |
| 9.15.1999 | 502 | Bradley | 9.15.1999 Position Description – Bradley – IS(N) LAN Coordinator - Senior | **No objection** |
| 8.29.2001 | 503 | Mather/Cherek | 8.29.2001 Appointment Letter to Mutchler for IS Technical Services – Senior | **No objection** |
| 9.4.2001 | 504 | Mather/Cherek | 9.4.2001 Position Description – Mutchler – IS Technical Services – Senior | **No objection** |
| 2007 | 505 | Cherek | Helpdesk Calls 2007 | **No objection** |
| 2007 | 506 | Cherek | Helpdesk Diary Notes 2007 | **No objection** |
| 2007 | 507 | Cherek | 2007 Facilities Planning and Management Division Annual Employee Performance Review – Bradley (May 2006 to May 2007) | **No objection** |
| 2007 | 508 | Cherek | 2007 Facilities Planning and Management Division Annual Employee Performance Review - Mutchler (May 2006 to May 2007) | **No objection** |
| 4.11.2007 | 509 | Mather | 4.11.2007 Appointment Letter to Balogun for IS Resource Support Technician Senior Position | **No objection** |
| 4.23.2007 | 510 | Mather | 4.23.2007 Position Description – Balogun – IS Resource Support Tech Sr. | **No objection** |
| 2008 | 511 | Cherek | 2008 Annual Employee Performance Review – Balogun (May 2007 to May 2008) | **No objection** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 2008 | 512 | Cherek | 2008 Facilities Planning and Management Division Annual Employee Performance Review – Mutchler (May 2007 to May 2008) | **No objection** |
| 2008 | 513 | Cherek | 2008 AIMS Annual Employee Performance Review – Bradley (May 2007 to May 2008) | **No objection** |
| 2008 | 514 | Cherek | Helpdesk Calls 2008 (UW-Madison_01711 – 03646) | **No objection** |
| 2008 | 515 | Cherek | Helpdesk Diary Notes 2008 (UW-Madison_03647 – 04729) | **No objection** |
| 2009-2011 | 516 | Cherek | 2009 – 2011 Contact Log for contacts between Cherek and Balogun | **No objection** |
| 2009 | 517 | Cherek | Helpdesk Calls 2009 (UW-Madison_04730 – 06953) | **No objection** |
| 2009 | 518 | Cherek | Helpdesk Diary Notes 2009 (UW-Madison_06954 – 11650) | **No objection** |
| 2009 | 519 | Cherek | 2009 Facilities Planning and Management Division Annual Employee Performance Review – Mutchler (May 2008 to April 2009) | **No objection** |
| 1.12.2009 | 520 | Cherek | 1.12.2009 Email from Cherek to Balogun RE Discussion Summary | **No objection** |
| 1.26.2009 | 521 | Cherek | 1.26.2009 Email from Cherek to Balogun RE Summary of today's meeting… | **No objection** |
| 1.26.2009 | 522 | Cherek | 1.26.2009 Email from Cherek to Balogun RE meeting summary | **No objection** |
| 2.16.2009 | 523 | Cherek | 2.16.2009 Single Incident Details for Incident #20167 . | **No objection** |
| 3.2009 | 524 | Cherek | March 2009 AIMS Organizational Chart | **No objection** |
| 3.6.2009 | 525 | Cherek | 3.6.2009 Email from Cherek to Balogun RE Call Review of 20121 and 20158 | **No objection** |
| 4.21.2009 | 526 | Cherek/Burrow | 4.21.2009 Position Description – Mutchler – IS Technical Services Senior | **No objection** |
| 5.11.2009 | 527 | Cherek | 5.11.2009 Single Incident Details for Incident #21557 | **No objection** |
| 5.11.2009 | 528 | Cherek | 5.11.2009 Single Incident Details for Incident #21547 | **No objection** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 5.11.2009 | 529 | Cherek | 5.11.2009 Single Incident Details for Incident # 21542 and Aux2 Post Incident Review | **No objection** |
| 5.12.2009 | 530 | Cherek | 5.12.2009 Calendar Entry RE Aux2 Post Incident Review – Follow up | **No objection** |
| 5.18.2009 | 531 | Cherek | 5.18.2009 Calendar Entry RE Tony – Check in | **No objection** |
| 6.4.2009 | 532 | Burrow/Cherek | 6.4.2009 – Rate/Title Change Notice – Mutchler | **No objection** |
| 8.2009 | 533 | Mather | August 2009 Chapter 19 – Layoffs – Classified Employees Effective _____ | **Objection – Foundation Incomplete** |
| 8.7.2009 | 534 | Cherek | 8.7.2009 Email from Owens to Cherek RE PD Update | **No objection** |
| 2009 | 535 | Cherek | September/October 2009 Investigation Summary of Tony's Refusal to Take Direction | **Objection - Cumulative** |
| 10.14.2009 | 536 | Cherek | 10.14.2009 Notice of Pre-Disciplinary Meeting to Balogun | **Objection - Cumulative** |
| 10.22.2009 | 537 | Cherek | 10.22.2009 Email from Owens to Cherek RE Tony's letter | **Objection - Cumulative** |
| 11.20.2009 | 538 | Cherek | 11.20.2009 Memorandum from Cherek to Balogun RE 9.30.2009 Incident | **No objection** |
| 11.25.2009 | 539 | Mather | 11.25.2009 Position Description – Balogun – IS Resource Tech Sr. | **No objection** |
| | 540 | Cherek | HelpDesk Schedule for Balogun | **No objection** |
| | 541 | Cherek | Call Handling Work Flow Chart | **No objection** |
| 2010 | 542 | Cherek | 2010 Annual Employee Performance Review – Balogun (November 2008 to September 2010) | **No objection** |
| 2010 | 543 | Cherek | 2010 AIMS Annual Employee Performance Review – Bradley (July 2009 to September 2010) | **No objection** |
| 2010 | 544 | Cherek | 2010 UW-Madison Classified Employee Performance Review – Mutchler (May 2010 to June 2010) | **No objection** |
| 2010-2015 | 545 | Cherek | 2010 - 2015 Balogun Customer Survey Data | **No objection** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 2010-2011 | 546 | Cherek | Helpdesk Calls 2010-2011 (UW-Madison_11651 – 18371) | **No objection** |
| 1.20.2010 | 547 | Cherek | 1.20.2010 Email from Ness to AIMS RE problem with computer update | **No objection** |
| 2.16.2010 | 548 | Cherek | 2.16.2010 Email from Kimber to Winger RE Office 2007 Upgrades | **No objection** |
| 2.22.2010 | 549 | Balogun | 2.22.2010 Charge of Discrimination | **No objection** |
| 3.4.2010 | 550 | Cherek | 3.4.2010 Summary of Check-in Meeting with Tony | **No objection** |
| 3.5.2010 | 551 | Burrow/Owens | 3.5.10 Letter to Mutchler (UNDER SEAL) | **No objection** |
| 3.19.2010 | 552 | Cherek | 3.19.2010 Notice of Pre-Disciplinary Meeting to Balogun | **Objection - Cumulative** |
| 4.8.2010 | 553 | Cherek | 4.8.2010 Summary of Pre-Disciplinary Meeting for Tony Balogun | **Objection – Cumulative of Exh. 555** |
| 4.22.2010 | 554 | Bradley | 4.22.10 Job Transfer Letter to Bradley to IS Technical Services Senior Position | **No objection** |
| 4.27.2010 | 555 | Mather | 4.27.2010 Written Reprimand to Balogun | **No objection** |
| 6.2010 | 556 | Cherek | June 2010 AIMS Organizational Chart | **No objection** |
| 7.29.2010 | 557 | Mather | 7.29.10 One-Day Suspension to Balogun | **No objection** |
| 8.9.2010 | 558 | Burrow/Owens | 8.9.2010 Email from Mutchler RE Notice of Resignation | **No objection** |
| 10.2010 | 559 | Cherek | October 2010 AIMS Organizational Chart | **No objection** |
| 3.7.2011 | 560 | Mather | 3.7.11 Three-Day Suspension to Balogun | **No objection** |
| 2012 | 561 | Mather | 2012 Annual Employee Performance Review – Balogun (September 2010 to July 2012) | **No objection** |
| 2012 | 562 | Cherek | 2012 AIMS Annual Employee Performance Review – Bradley (September 2010 to July 2012) | **No objection** |
| 6.8.2012 | 563 | Mather | 6.8.2012 Appointment Letter to Harvey for IS Technical Services Professional Project Position | **No objection** |
| 1.29.2013 | 564 | Mather | 1.29.2013 One-Day Suspension to Balogun | **No objection** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 7.2013 | 565 | Cherek | July 2013 Performance Tracking Spreadsheet | **Objection - Foundation** |
| 9.12.2013 | 566 | Mather | 9.12.13 Three-Day Suspension to Balogun | **No objection** |
| 2014 | 567 | Mather | 2014 Classified Employee Annual Performance Appraisal – Balogun (May 2013 to June 2014) | **No objection** |
| 2014 | 568 | Cherek | 2014 AIMS Annual Employee Performance Review – Bradley (May 2012 to March 2014) | **No objection** |
| 2014 | 569 | Balogun | Summons and Complaint for Dane County Circuit Court Case No. 2014CV1357 | **Objection - Rules 402-403** |
| 4.17.2014 | 570 | Cherek | 4.17.2014 Calendar Entry RE Check in - Tony | **Objection – Not legible** |
| 4.30.2014 | 571 | Mather | 4.30.2014 Memorandum to Harvey RE Project Extension | **No objection** |
| 8.26.2014 | 572 | Burrow | 8.26.2014 Memorandum from Chancellor Blank to Deans and Directors with UW-Madison 2015-16 Budget Reduction Planning Exercise | **No objection** |
| 9.26.2014 | 573 | Cherek | 9.26.14 Meeting Record | **Objection – Not legible** |
| 10.2.2014 | 574 | Balogun | 10.2.2014 Final Order in Dane County Circuit Court Case No. 2014CV1357 | **No objection** **No objection** |
| 12.2.2014 | 575 | Bradley | 12.2.2014 Position Description – Bradley – IS Tech Services Senior | **No objection** |
| 2015 | 576 | Cherek | 2015 AIMS Employee Annual Performance Appraisal – Bradley (July 2014 to June 2015) | **No objection** |
| 2.2015 | 577 | Cherek | February 2015 AIMS Organizational Chart | **No objection** |
| 2.23.2015 | 578 | Burrow | 2.23.2015 Memorandum from Provost and Vice Chancellor for Academic Affairs Mangelsdorf to Vice Chancellor for Finance and Administration Bazzell | **No objection** |
| 2.26.2015 | 579 | Burrow | 2.26.2015 Email from Burrow to Walters RE Letter - VCFA | **No objection** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 3.3.2015 | 580 | Burrow | 3.3.2015 Memorandum from Provost and Vice Chancellor for Academic Affairs Mangelsdorf to Vice Chancellors, Deans and Directors | **No objection** |
| 3.17.2015 | 581 | Burrow | 3.17.2015 Email from Vice Chancellor for Finance and Administration Bazzell to Deans and Directors RE Anticipated Timing of Decisions | **No objection** |
| 3.27.2015 | 582 | Burrow | 3.27.2015 Layoff Plan for AIMS | **No objection** |
| 4.17.2015 | 583 | Burrow | 4.17.2015 Email from Vice Chancellor for Finance and Administration Bazzell to AIMS staff | **No objection** |
| 4.23.2015 | 584 | Burrow | 4.23.2015 Signed Layoff Plan | **No objection** |
| 4.29.2015 | 585 | Mather | 4.29.15 "At-Risk of Layoff" Letter to Balogun with Frequently Asked Questions and Answers for the At-Risk Employee | **No objection** |
| 5.5.2015 | 586 | Mather | 5.5.2015 Email from Mather to Balogun RE Position | **No objection** |
| 6.8.2015 | 587 | Mather | 6.8.15 Official Notification of Layoff Letter to Balogun | **No objection** |
| 7.21.2015 | 588 | Mather | 7.21.2015 Request to Fill IS Technical Services Professional | **No objection** |
| 2015 | 589 | Mather | IS Network Sup Tech Position Vacancy ID 96512 | **No objection** |
| 2015 | 590 | Mather | Applicant Scores for IS Network Sup Tech Position Vacancy ID 96512 | **No objection** |
| 2015 | 591 | Mather | Resume of Daniel F. Stickels for IS Network Sup Tech Position Vacancy ID 96512 | **Objection - Hearsay** |
| 8.6.2015 | 592 | Mather | 8.6.2015 Cover Letter and Resume of Balogun for IS Network Sup Tech Position Vacancy ID 96512 | **No objection** |
| 8.5.2015 | 593 | Mather | 10.5.2015 Email from Rogers to Mather and Schulze RE Background Check for Daniel Stickels for IS Network Sup Tech Position Vacancy ID 96512 | **No objection** |
| 9.24.2015 | 594 | Mather | 9.24.15 Interview Notes for Balogun for IS Network Sup Tech Position Vacancy ID 96512 | **Objection – Not legible** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 2015 | 595 | Mather | Position Description for IS Technical Services Professional – Fixed Term | **No objection** |
| 2015 | 596 | Mather | Applicant Scores for Vacancy ID 97093 | **No objection** |
| 10.29.2015 | 597 | Mather | 10.29.2015 Cover Letter and Resume of Balogun for IS Technical Services Professional | **No objection** |
| 2015 | 598 | Mather | Cover Letter and Resume of Daniel R. Sanger for IS Technical Services Professional | **Objection - Hearsay** |
| 12.9.2015 | 599 | Mather | 12.9.2015 Appointment Letter to Sanger for IS Technical Services Professional | **No objection** |
| 9.25.2015 | 600 | Mather | 9.25.2015 Interview Notes for IS Technical Services Professional | **Objection - Hearsay** |
| 2016 | 601 | Cherek | 2016 AIMS Employee Annual Performance Appraisal – Bradley (July 2015 to June 2016) | **No objection** |
| 2016 | 602 | Balogun | 2016 EEOC File for Charge No. 443-2016-00655C | **No objection to portion offered** |
| 5.9.2016 | 603 | Mather | 5.9.2016 Appointment Letter to Harvey for IS Technical Services Professional Position | **No objection** |
| 12.4.2017 | 604 | Mather | 12.4.2017 – Restoration Opportunity Letter to Balogun | **No objection** |
| 7.13.2018 | 605 | Bradley | 7.13.2018 Compensation Memorandum to Bradley | **No objection** |
| 7.13.2018 | 606 | Mather | 7.13.2018 Compensation Memorandum to Harvey | **No objection** |
| 2015-2016 | 607 | Balogun | Balogun's Income Documentation for July 20, 2015 through January 21, 2016 | **No objection** |

**Defendants reserve the right to use any exhibit identified by Plaintiff, regardless of whether actually introduced at trial. Defendants further reserve the right to supplement this list with any exhibits necessary for rebuttal or impeachment.**