We have reached a ~~unanimous~~ unanimous decision.

8/14/19   1629

Andrew Wilcox
Presiding juror