IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEHINDE BALOGUN,

            Plaintiff,                              SPECIAL VERDICT

v.

                                                         18-cv-301-wmc

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,
KEVIN CHEREK, and ROBERT BURROW

            Defendants.

We, the jury, for our special verdict, do find as follows:

**QUESTION NO. 1:** Did plaintiff Kehinde Balogun prove by a preponderance of the evidence that defendant Kevin Cherek retaliated against him for complaining about race and/or national origin discrimination by:

    a) posting one or more project positions he knew plaintiff would not accept instead of permanent positions before June of 2015?

                                                                   Yes_____        No __X__

    b) laying him off?

                                                                    Yes_____        No __X__

    c) cancelling the recruitment for the Network Tech I position 96512?

                                                                    Yes_____        No __X__

    d) posting the new position 97093 in a higher classification (IS Tech Services Sr) so plaintiff would not be qualified for it?

                                                                    Yes_____        No __X__

**QUESTION NO. 2:** Did plaintiff Kehinde Balogun prove by a preponderance of the evidence that defendant Robert Burrow retaliated against him for complaining about race and/or national origin discrimination by:

e) posting one or more project positions he knew plaintiff would not accept instead of permanent positions before June of 2015?

Yes_____     No__X__

f) laying him off?

Yes_____     No__X__

g) cancelling the recruitment for the Network Tech I position 96512?

Yes_____     No__X__

h) posting the new position 97093 in a higher classification (IS Tech Services Sr) so plaintiff would not be qualified for it?

Yes_____     No__X__

*Andrew Wilcox*
Presiding Juror

Madison, Wisconsin
Dated this __14__ day of August, 2019.

2