IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEHINDE BALOGUN,

    Plaintiff,

  v.

Case No. 18-cv-301-wmc

THE BOARD OF REGENTS OF THE
UNIVESITY OF WISCONSIN SYSTEM,
KEVIN CHEREK, and BOBBY BURROW,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants The Board of Regents of the University of Wisconsin System, Kevin Cherek, and Bobby Burrow against plaintiff Kehinde Balogun dismissing this case.

Approved as to form this 16th day of August, 2019.

_____
William M. Conley
District Judge

_____      8/19/19
Peter Oppeneer, Clerk of Court        Date